**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN D. MCGEE, | ) |
| Petitioner, | ) |
| v. | ) No. 4:20-cv-01575-NAB |
| DENISE HACKER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document submitted by petitioner Kevin D. McGee that has been construed as a motion for an evidentiary hearing. (Docket No. 5). The motion will be denied. Petitioner has not presented any allegations showing that he is entitled to an evidentiary hearing. Furthermore, petitioner has already been ordered by the Court to file an amended 28 U.S.C. § 2254 petition on a Court form. (Docket No. 4).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an evidentiary hearing (Docket No. 5) is **DENIED**.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of November, 2020.