# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN D. MCGEE, | ) |
| Petitioner, | ) |
| v. | ) No. 4:20-cv-01575-NAB |
| DENISE HACKER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by petitioner Kevin D. McGee that has been construed as a motion for reconsideration of the denial of his 28 U.S.C. § 2254 petition. (Docket No. 17). After reviewing the grounds raised by petitioner, the Court will decline to alter or amend its judgment. The Court concludes that petitioner's motion fails to point to any manifest errors of law or fact, or newly discovered evidence. Instead, the motion merely revisits the arguments raised in his initial filing. Certainly, petitioner makes no attempt to demonstrate why his petition should not have been dismissed on the basis of timeliness and exhaustion. For these reasons, petitioner is not entitled to reconsideration of the dismissal of his § 2254 petition. Therefore, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration (Docket No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of February, 2021.